**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 13-1704

**Caption [use short title]**

**Motion for:** Strike

Nizam Ahmad v. International Business Machines Corporation

Set forth below precise, complete statement of relief sought:

Defendant/Appellee moves to strike the Corrected Brief filed by Plaintiff on September 4, 2013 and the Brief and Vol. 4 of the Appendix filed by Plaintiff on September 10, 2013.

**MOVING PARTY:** International Business Machines Corp.
**OPPOSING PARTY:** Nizam Ahmad

[ ] Plaintiff  [✓] Defendant
[ ] Appellant/Petitioner  [✓] Appellee/Respondent

**MOVING ATTORNEY:** Patricia M. Sabalis
**OPPOSING ATTORNEY:** Downs Rachlin Martin PLLC

[name of attorney, with firm, address, phone number and e-mail]

Downs Rachlin Martin PLLC
199 Main Street, P.O. Box 190
Burlington, VT 05402-0190

2715 Lund Ave. #10
Rockford, IL 61109

**Court-Judge/Agency appealed from:** Vermont District Court, Judge Christina Reiss

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[ ] Yes [✓] No (explain): _____

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [✓] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [ ] No [✓] Don't Know

Is oral argument on motion requested? [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✓] No If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this Court? [ ] Yes [ ] No
Requested return date and explanation of emergency: _____

**Signature of Moving Attorney:**
_Patricia M. Sabalis_ **Date:** 9/10/13   Service by: [ ] CM/ECF [✓] Other [Attach proof of service]

---

**ORDER**

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED  DENIED**.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____   By: _____

Form T-1080 (rev. 7-12)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| NIZAM AHMAD,<br>   Plaintiff/Appellant,<br><br>v.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br>   Defendant/Appellee | )<br>)<br>)<br>)<br>)  Circuit No. 13-1704<br>)<br>)  District No. 5:10-CV-310<br>)<br>) |

### DEFENDANT/APPELLEE'S MOTION TO STRIKE

Defendant/Appellee moves this Court to strike the Corrected Brief filed by Plaintiff on September 4, 2013, and the Brief and Volume 4 of the Appendix filed by Plaintiff on September 10, 2013, on the grounds that they are untimely and Plaintiff neither sought nor obtained leave from the Court to file these untimely Briefs and Appendix. As further grounds, Defendant states that it has already spent considerable time and resources to prepare a Brief in response to the Brief filed by Plaintiff on August 13, 2013, and it would be prejudiced if Plaintiff were permitted to file additional Briefs.

Burlington, Vermont     September 10, 2013

                DOWNS RACHLIN MARTIN PLLC

           By: /s/ Patricia M. Sabalis
               Patricia M. Sabalis
               199 Main Street
               P.O. Box 190
               Burlington, VT 05402-0190
               Telephone: (802) 863-2375
               psabalis@drm.com

               ATTORNEYS FOR INTERNATIONAL
               BUSINESS MACHINES CORPORATION

14467372.1